UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
BINOR FAISON,

                     Plaintiff,

    -against-

BUCKEYE PIPE LINE SERVICES COMPANY,

                     Defendant.
-----------------------------------------------------------------X

19 **CIVIL** 7827 (VB)

## JUDGMENT

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/21/2020

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated May 20, 2020, defendant's motion to dismiss is granted; accordingly, this case is closed.

**Dated:**  New York, New York

      May 21, 2020

                                                     **RUBY J. KRAJICK**

                                                     Clerk of Court

                           **BY:**

                                                     **Deputy Clerk**